COZEN O'CONNOR
Douglas B. Fox, Esquire
Bar Roll No. DF5799
45 Broadway Atrium
New York, New York 10006
(212) 509-9400

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY as Subrogee of Jeffrey Aveis<br><br>Plaintiff,<br><br>v.<br><br>PB HEAT LLC<br>doing business as PEERLESS BOILERS<br>       and<br><br>BOTTINI FUEL OIL CORPORATION<br><br>Defendants. | INDEX NO.:<br><br>**Rule 7.1 Statement**<br><br>**07 CIV. 3352**<br><br>**BRIEANT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **LIBERTY MUTUAL FIRE INSURANCE COMPANY**, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**See corporate affiliations statement attached hereto.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Date: _____ April 23, 2007

Douglas B. Fox

Attorney Bar Code: DF5799

## REINSURANCE PROGRAMS

For a detailed discussion of reinsurance, refer to the report of Liberty Mutual Insurance Companies.

### BALANCE SHEET
### ADMITTED ASSETS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Bonds | 2,106,523 | 1,911,210 | 69.8 | 68.9 |
| Preferred stock | 4,520 | 7,307 | 0.1 | 0.3 |
| Common stock | 165,869 | 195,613 | 5.5 | 7.1 |
| Cash & short-term invest | 53,796 | 65,949 | 1.8 | 2.4 |
| Other non-affil inv asset | 100,822 | 93,570 | 3.3 | 3.4 |
| Investments in affiliates | 43,168 | 30,791 | 1.4 | 1.1 |
| Total invested assets | 2,474,698 | 2,304,440 | 82.0 | 83.1 |
| Premium balances | 347,322 | 335,400 | 11.5 | 12.1 |
| Accrued interest | 21,355 | 18,758 | 0.7 | 0.7 |
| All other assets | 173,437 | 115,491 | 5.7 | 4.2 |
| Total assets | 3,016,812 | 2,774,089 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

|  | 12/31/05 | 12/31/04 | '05% | '04% |
|---|---|---|---|---|
| Loss & LAE reserves | 1,711,688 | 1,594,426 | 56.7 | 57.5 |
| Unearned premiums | 419,930 | 403,392 | 13.9 | 14.5 |
| All other liabilities | 55,219 | 103,526 | 1.8 | 3.7 |
| Total liabilities | 2,186,838 | 2,101,344 | 72.5 | 75.7 |
| Capital & assigned surplus | 303,727 | 200,187 | 10.1 | 7.2 |
| Unassigned surplus | 526,247 | 472,558 | 17.4 | 17.0 |
| Total policyholders' surplus | 829,974 | 672,745 | 27.5 | 24.3 |
| Total liabilities & surplus | 3,016,812 | 2,774,089 | 100.0 | 100.0 |

### SUMMARY OF 2005 OPERATIONS ($000)

| Statement of Income | 12/31/05 | Funds Provided from Operations | 12/31/05 |
|---|---|---|---|
| Premiums earned | 1,035,969 | Premiums collected | 1,043,531 |
| Losses incurred | 660,717 | Benefit & loss related pmts | 568,033 |
| LAE incurred | 195,271 |  |  |
| Undrw expenses incurred | 258,383 | LAE & undrw expenses paid | 418,467 |
| Div to policyholders | 3,611 | Div to policyholders | 4,363 |
| Net investment income | 115,734 | Investment income | 113,927 |
| Other income/expense | -11,248 | Other income/expense | -24,152 |
| Realized capital gains | 17,536 |  |  |
| Income taxes incurred | 17,923 | Income taxes pd (recov) | 28,395 |
| Net income | 22,087 | Net oper cash flow | 114,047 |

---

## LIBERTY MUTUAL INSURANCE COMPANIES
175 Berkeley Street, Boston, MA 02117
Web: www.libertymutual.com

Tel: 617-357-9500
AMB#: 00060
Fax: 617-426-3221

### BEST'S RATING

Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A (Excellent). The group's Financial Size Category is Class XV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS

Liberty Mutual Insurance Companies (AMB# 00060):

| AMB# | COMPANY | RATING |  | POOL % |
|---|---|---|---|---|
| 02283 | Liberty Mutual Insurance Co | A | p | 66.50 |
| 02159 | Employers Ins Co of Wausau | A | p | 16.00 |
| 02282 | Liberty Mutual Fire Ins Co | A | p | 10.00 |
| 01812 | Liberty Insurance Corporation | A | p | 6.00 |
| 02550 | Wausau Business Insurance Co | A | p | 0.40 |
| 04274 | Wausau General Insurance Co | A | p | 0.40 |
| 00956 | Wausau Underwriters Ins Co | A | p | 0.40 |
| 10765 | LM Insurance Corporation | A | p | 0.20 |
| 10764 | First Liberty Ins Corp | A | p | 0.10 |
| 11812 | Bridgefield Casualty Ins Co | A | r |  |
| 12158 | Bridgefield Employers Ins Co | A | r |  |
| 03795 | LM General Insurance Company | A | r |  |
| 03794 | LM Personal Insurance Company | A | r |  |
| 04785 | LM Property & Casualty Ins Co | A | r |  |
| 12569 | Liberty County Mutual Ins Co | A | r |  |

Liberty Mutual Insurance Companies (AMB# 00060):

| AMB# | COMPANY | RATING |  | POOL % |
|---|---|---|---|---|
| 11798 | Liberty Ins Co of America | A | r |  |
| 02087 | Liberty Insurance Underwriters | A | r |  |
| 12410 | Liberty Lloyds of Texas Ins Co | A | r |  |
| 03028 | Liberty Personal Insurance Co | A | r |  |
| 12078 | Liberty Surplus Ins Corp | A | r |  |

### RATING RATIONALE

**Rating Rationale:** The rating applies to the group's nine member pool, led by Liberty Mutual Insurance Company and eleven reinsured domestic affiliates. The rating reflects the group's strong global franchise, solid capitalization and successful risk mitigation and business diversification strategies. Partially offsetting these positive factors are the variability in overall earnings which trail the peer composite during the recent five year period, reflective of storm related losses and areas of ongoing adverse loss reserve development associated with both the workers compensation and asbestos and environmental lines. Despite these concerns, the rating outlook is reflective of the recent improvement in operating performance in combination with access to capital to fully support operations.

Liberty Mutual is the nation's sixth-largest property/casualty insurer based on 2004 direct premiums written and boasts four well-balanced business units: Personal Market, Commercial Markets, Agency Markets, and Liberty International. The group's diversified franchise benefits from its well-regarded service reputation, strong client relationships and effective, low-cost distribution network. The franchise was further enhanced by the acquisition of Prudential Financial, Inc.'s personal lines operations in 2003. Personal lines business continues to rank high among the group's top performing underwriting segments. In addition, Liberty Mutual's extensive unbundled service capabilities, risk management services and strategic alliances with managed care networks provide a significant competitive advantage and a superior market profile.

In 2004, Liberty Mutual's capitalization improved as net income, unrealized gains, and capital contributions related to a March 2004 debt offering by Liberty Mutual Group, Inc. (LMGI), the direct parent of Liberty Mutual Insurance Company, combined to increase policyholders' surplus by over $1.5 billion. In March 2005, LMGI raised an additional $500 million of new debt, the proceeds of which were contributed to the insurance subsidiaries. Given the group's business plan and growth expectations, A.M. Best believes capitalization will remain supportive of the group's rating in the near term, which is contemplated in the rating outlook.

Due to the increased diversification of Liberty Mutual's operations and continued focus on underwriting discipline, A.M. Best anticipates the group's profitability will remain favorable over the next few years. Private passenger automobile insurance, the group's largest growth line, and commercial lines business has experienced solid earnings over the most recent years.

A.M. Best's primary rating concern is the ongoing drag on earnings from continued adverse development on Liberty Mutual's loss reserves. Adverse development of prior accident year loss reserves continued to dampen earnings in 2005 following a comprehensive "ground-up" review of the group's exposure to asbestos claims which led to an increase in asbestos reserves of $203 million through September 30, 2005 as well as additional development on its core reserves. In prior years, the group was impacted by adverse loss reserve development related to rising medical cost inflation and higher than expected utilization of medical services associated with the workers' compensation results. Notwithstanding these reserve charges, while the group's operating profitability has improved in recent years, return measures during the most recent five-year period trail the peer composite, which is reflective of the combined impact that elevated loss ratios and adverse reserve development have had on underwriting performance.

**Best's Rating: A**                     **Outlook: Stable**

### FIVE YEAR RATING HISTORY
Rating as of July 24, 2006: A

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 01/25/06 | A | 02/06/02 | A+ |
| 06/17/04 | A | 09/27/01 | A+ u |
| 03/07/03 | A |  |  |

### KEY FINANCIAL INDICATORS ($000)

| | | | Statutory Data | | |
|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
| 2001 | 11,199,072 | 10,166,947 | -694,470 | -293,011 | 32,883,171 | 6,456,734 |
| 2002 | 13,575,296 | 11,872,334 | 174,416 | 357,559 | 33,908,050 | 5,736,211 |
| 2003 | 15,209,079 | 12,514,360 | 386,098 | 581,991 | 36,835,132 | 7,218,780 |
| 2004 | 16,158,612 | 13,207,939 | 336,565 | 672,758 | 37,951,435 | 8,735,132 |
| 2005 | 16,560,115 | 13,946,514 | 690,956 | 910,413 | 42,061,841 | 9,871,463 |

| | | Profitability | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 2001 | 126.3 | 5.2 | -7.0 | 63.0 | 1.6 | 5.5 | 125.3 | 108.8 |
| 2002 | 109.0 | 6.0 | 1.6 | 51.1 | 2.1 | 6.8 | 121.3 | 108.8 |
| 2003 | 106.0 | 5.5 | 3.2 | 48.3 | 1.7 | 5.6 | 125.1 | 113.6 |
| 2004 | 105.5 | 4.6 | 2.6 | 46.4 | 1.5 | 4.8 | 130.6 | 116.3 |
| 2005 | 105.4 | 5.1 | 5.1 | 41.8 | 1.4 | 4.6 | 131.4 | 122.5 |
| 5 Yr | 109.7 | 5.3 | 1.5 | ... | ... | ... | ... | ... |

(\*) Data reflected within all tables of this report has been compiled through the A.M. Best consolidation of statutory filings. Within several financial tables of this report, this group is compared against the Commercial Casualty Composite.

Due to A.M. Best's consolidation procedures, historical data of recent acquisitions is included within the financial tables for all years.

## CORPORATE OVERVIEW

The Liberty Mutual Insurance Companies ("Liberty"), led by Liberty Mutual Insurance Company ("Liberty Mutual"), is a diversified global insurance organization principally engaged in domestic property/casualty and life/health insurance, international property/casualty insurance, as well as loss control and other services. Through its traditional cost-efficient direct agency force, as well as through independent agents in its Regional Agency Markets business unit and captive agents in its Personal Market business unit, Liberty's domestic insurance operations offer a full array of personal and commercial insurance coverages. Liberty's principal market is the United States where it is widely recognized and licensed in all 50 states. Including Canada, domestic property/casualty insurance companies generate roughly three-quarters of Liberty's total revenue.

Actively pursuing broader international presence, Liberty International has been successful in investing in overseas markets and businesses since its start up in 1993. International business comprises local Personal Lines and small commercial businesses in Latin America, southern Europe and Asia together with global commercial specialty lines insurance and reinsurance businesses operated under the Liberty International Underwriters (LIU) brand. In Latin America, Liberty now has a significant presence in Venezuela, Colombia, Chile, Brazil, and Argentina. The group also has significant operations in Spain and Portugal. In Asia, Liberty became the first foreign property/casualty insurance company in western China and also has operations in Thailand, Singapore, and Hong Kong. The LIU segment of the Liberty International business unit includes branch operations in the US, Canada, Australia and Singapore together with subsidiary company operations in Europe. LIU'S European operations are headquartered in London, with other operations in Dublin, Paris and Cologne. These operations include a London Market Company, Liberty Mutual Insurance Europe Limited and Liberty Lloyd's Syndicate 4472 (formerly 190 and 282). Liberty Mutual Insurance Europe Limited (formerly known as Liberty Mutual Insurance Company (U.K.) Limited) was reorganized under a new management team and recapitalized after the events of September 11, 2001. Liberty's Syndicates have the fourth largest capacity at Lloyd's for the 2004 year of account. Liberty International generates approximately 20% of Liberty's consolidated revenue and is expected to be a significant contributor in the future.

Beginning in 1997, Liberty formed its Agency Markets business unit, which achieved critical mass in 1999 with the acquisition of the U.S. property/casualty operations of Guardian Royal Exchange. Through the Agency Markets, Liberty entered the independent agency-distributed small commercial and personal lines markets. This business unit continues to grow in part due to Liberty's acquisition of the independent agency business of the Ohio Casualty Insurance Group (excluding New England, New York and New Jersey) which provided Liberty access to approximately $1.0 billion book of small commercial and personal lines independent agency business.

In addition to Liberty's property/casualty operations, Liberty Life Assurance Company of Boston (Liberty Life) primarily provides traditional life, structured settlements, and disability products to individuals and businesses through its exclusive direct agents, banks and brokers, making up approximately 3% of Liberty's consolidated revenues.

Worldwide, Liberty has over 900 offices and approximately 38,000 employees operating in 17 countries.

Liberty's property/casualty business is underwritten by over 40 insurers, led by Liberty Mutual Insurance Company. Within its commercial book, Liberty provides traditional workers' compensation products and alternative products including products with larger deductibles and service-only arrangements. In addition, the group has expanded its managed care operation and has restructured its claims operation away from a functional approach to a line of business approach. In personal lines, the group continues to grow, targeting more profitable states and maintaining its strong local market presence through its broad network of low-cost captive agents in its Personal Market business unit and via independent agents in its Regional Agency Markets unit.

As noted, Liberty Mutual formed two mutual holding companies which owned Liberty Mutual and Employers Insurance Company of Wausau (formerly named Employers Insurance Company of Wausau A Mutual Company) as the initial step in an overall plan to bring its three primary insurance affiliates under a single mutual holding company structure. The single mutual holding company structure creates a more streamlined, efficient governance and administrative process, while preserving the separate identities and brands of the companies within the Liberty Mutual Group. In 2002, Liberty merged the mutual holding companies, with Liberty Mutual Holding Company (LMHC) being the survivor, and Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, and Employers Insurance Company of Wausau became wholly-owned subsidiaries of LMHC. The process, approved by the Massachusetts and Wisconsin insurance departments and policyholders, was completed in March 2002.

In May 2003, Liberty Mutual announced the acquisition Prudential Financial Inc.'s U.S. property/casualty operations in 47 states, excluding New Jersey, specialty auto and affinity business. This acquisition, which gives Liberty Mutual a $1.1 billion book of personal auto and homeowners renewals, is consistent with the group's strategy to diversify its product offerings by expanding its personal lines segment. The acquisition closed on October 31, 2003.

A.M. Best assigns four distinct ratings to the property/casualty group. The first rating is based on the consolidated operating performance and condition of the group's nine member intercompany pool and eleven reinsured affiliates, led by Liberty Mutual Insurance Company, as well as the insurance subsidiaries of Liberty Northwest Group and Liberty Insurance Holdings. This rating applies to Liberty Mutual's pool members and reinsured affiliates. The second rating is assigned separately to Liberty Northwest Group, which is an autonomous operation. Liberty Northwest specializes in providing workers' compensation, personal and other commercial coverages primarily in its home state of Oregon and other northwest states. The third rating is assigned separately to the property/casualty subsidiaries of Liberty Insurance Holdings, Inc, parent company of the former U.S. operations of Guardian Royal Exchange (GRE), which, led by Peerless Insurance Company, focus on agency-produced commercial and personal lines business. The final rating unit is San Diego Insurance Company, a wholly-owned subsidiary of Golden Eagle Insurance Corporation incorporated in August 1997 to reinsure the liabilities assumed in the Golden Eagle transaction. Due to its run-off status, San Diego Insurance Company is assigned a Best Rating of NR-3 (Rating Procedure Inapplicable).

## CORPORATE STRUCTURE

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 51114 | Liberty Mutual Holding Co Inc | MA | |
| 51115 | LMHC Mass Holdings Inc | MA | 100.00 |
| 51116 | Liberty Mutual Group Inc | MA | 100.00 |
| 02159 | Employers Ins Co of Wausau | WI | 100.00 |
| 50251 | Wausau Holdings Inc | DE | 100.00 |
| 72994 | Wausau (Bermuda) Ltd | Bermuda | 100.00 |
| 02282 | Liberty Mutual Fire Ins Co | MA | 100.00 |
| 02283 | Liberty Mutual Insurance Co | MA | 100.00 |
| 50249 | Berkeley Management Corp | TX | 100.00 |
| 12569 | Liberty County Mutual Ins Co | TX | |
| 12410 | Liberty Lloyds of Texas Ins Co | TX | 100.00 |
| 11325 | Colorado Casualty Ins Co | CO | 100.00 |
| 10764 | First Liberty Ins Corp | IA | 100.00 |
| 12076 | Golden Eagle Insurance Corp | CA | 100.00 |
| 12077 | San Diego Insurance Company | CA | 100.00 |
| 11798 | Liberty Ins Co of America | IL | 100.00 |
| 87725 | TD Home and Auto Insurance Co | Canada | 100.00 |
| 83449 | Liberty Ins Group Cia Seg Reas | Spain | 99.99 |
| 89969 | Liberty Iberia, S.A. | Spain | 100.00 |
| 83442 | Genesis Seg Generales Seg Reas | Spain | 99.99 |
| 84188 | Metlife Mexico, S.A. | Mexico | 100.00 |
| 50206 | Liberty Insurance Holdings Inc | DE | 100.00 |
| 50029 | LIH US P&C Corporation | DE | 100.00 |
| 02186 | America First Insurance Co | NH | 100.00 |
| 00349 | Excelsior Insurance Company | NH | 100.00 |
| 51117 | Gulf States AIF Inc. | TX | 100.00 |
| 12568 | America First Lloyds Ins Co | TX | |
| 02254 | Indiana Insurance Company | IN | 100.00 |
| 02253 | Consolidated Insurance Co | IN | 100.00 |
| 02393 | Netherlands Insurance Co | NH | 100.00 |
| 02394 | Peerless Insurance Company | NH | 100.00 |
| 50207 | Liberty-USA Corporation | DE | 100.00 |
| 02088 | Peerless Indemnity Ins Co | IL | 100.00 |
| 04090 | American Ambassador Cas Co | IL | 100.00 |
| 02202 | Globe American Casualty Co | OH | 100.00 |
| 02087 | Liberty Insurance Underwriters | NY | 100.00 |
| 02323 | Midwestern Indemnity Company | OH | 100.00 |
| 02322 | Mid-American Fire & Cas Co | OH | 100.00 |
| 00900 | Hawkeye-Security Insurance Co | WI | 100.00 |
| 50208 | National Corporation | DE | 100.00 |
| 03672 | National Insurance Association | IN | 100.00 |
| 06627 | Liberty Life Assur of Boston | MA | 90.00 |

BEST'S INSURANCE REPORTS—PROPERTY/CASUALTY

*To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir*    2321

**LIBERTY MUTUAL INSURANCE COMPANIES**

| AMB | COMPANY NAME | DOMICILE | % OWN |
|---|---|---|---|
| 50193 | Liberty Massachusetts Trust | MA | 100.00 |
| 50211 | Liberty International Holdings | DE | 100.00 |
| 83632 | Liberty Ins Cia de Seg y Reas | Spain | 57.46 |
| 50216 | Liberty Intern Asia Pac Hldgs | DE | 100.00 |
| 89002 | Liberty Intl (H.K.) Ltd. | Hong Kong | 100.00 |
| 51119 | Kritiya Tun Co. Ltd. | Thailand | 49.00 |
| 51120 | Tun Kaoklai Co. Ltd. | Thailand | 100.00 |
| 89001 | Narai Intern Ins Co Ltd | Thailand | 62.00 |
| 50106 | Liberty Citystate Holdings PTE | Singapore | 100.00 |
| 83999 | Liberty Insurance PTE Ltd | Singapore | 100.00 |
| 89000 | Liberty International Ins Ltd | Hong Kong | 66.36 |
| 50213 | Liberty Intern Latin Amer Hldg | DE | 100.00 |
| 51121 | LI (Columbia) Holdings Ltd | Bermuda | 100.00 |
| 84356 | Liberty ART SA | Argentina | 99.90 |
| 89971 | Liberty Seguros Argentina S.A. | Argentina | 100.00 |
| 50214 | LILA (Colombia) Holdings Ltd | Bermuda | 100.00 |
| 85597 | Liberty Seguros S.A. | Colombia | 95.00 |
| 83998 | Liberty Seguros de Vida | Colombia | 57.59 |
| 84357 | Seguros Caracas de Liberty Mut | Venezuela | 99.20 |
| 83997 | Seguros Pan Am de Liberty Mut | Venezuela | 99.80 |
| 51122 | Liberty Intl (Spain) Hldgs LLC | Spain | 100.00 |
| 83996 | Liberty Intl Iberia S.L.S. | Spain | 75.27 |
| 89970 | Liberty Europeia Seg S.A. | Portugal | 100.00 |
| 50215 | Liberty Intern Brazil Ltda | Brazil | 99.00 |
| 87994 | Liberty Paulista Seguros SA | Brazil | 98.80 |
| 87425 | Liberty Mutual Ins Europe Ltd | United Kingdom | 100.00 |
| 50250 | Liberty Intern Ireland Hldngs | Ireland | 100.00 |
| 87184 | Liberty International Ins Co | Ireland | 100.00 |
| 56913 | Liberty Mutual (Bermuda) Ltd | Bermuda | 100.00 |
| 51193 | Liberty Mutual Mgmt Bermuda | | |
| 75757 | Arlington Insurance Co Ltd | Bermuda | 100.00 |
| 87871 | Stuart Insurance Group Ltd | Bermuda | 19.50 |
| 01814 | Liberty Northwest Ins Corp | OR | 100.00 |
| 02372 | North Pacific Insurance Co | OR | 100.00 |
| 02375 | Oregon Automobile Ins Co | OR | 100.00 |
| 01812 | Liberty Insurance Corporation | IL | 100.00 |
| 03028 | Liberty Personal Insurance Co | MI | 100.00 |
| 73155 | Liberty Mutual (Bermuda) Ltd | Bermuda | 100.00 |
| 12078 | Liberty Surplus Ins Corp | NH | 100.00 |
| 03795 | LM General Insurance Company | DE | 100.00 |
| 10765 | LM Insurance Corporation | IA | 100.00 |
| 03794 | LM Personal Insurance Company | DE | 100.00 |
| 04785 | LM Property & Casualty Ins Co | IN | 100.00 |
| 00588 | Liberty Mutual Mid-Atlantic | PA | |
| 00662 | Montgomery Mutual Ins Co | MD | |
| 50204 | Summit Holding Southeast Inc | FL | 100.00 |
| 12158 | Bridgefield Employers Ins Co | FL | 100.00 |
| 11812 | Bridgefield Casualty Ins Co | FL | 100.00 |
| 57734 | US Employers Insurance Co Inc | Cayman Islands | 100.00 |
| 85093 | Wausau Insurance Co (UK) Ltd | United Kingdom | 100.00 |
| 50205 | Wausau Service Corporation | WI | 100.00 |
| 02550 | Wausau Business Insurance Co | WI | 100.00 |
| 04274 | Wausau General Insurance Co | WI | 100.00 |
| 00956 | Wausau Underwriters Ins Co | WI | 100.00 |
| 89972 | St. James Insurance Co Ltd | Bermuda | 100.00 |

Liberty Mutual Fire Insurance Company owns the remaining 10% of Liberty Life Assurance Company of Boston.

National Corporation is the attorney-in-fact for National Insurance Association.

**BUSINESS REVIEW**

The Liberty Mutual Insurance Companies, led by Liberty Mutual Insurance Company, is principally engaged in underwriting virtually all lines of commercial and personal business and ranks as the fifth largest property/casualty organization in the United States based on 2004 direct premiums written. Liberty's mix is approximately 60% commercial and 40% personal lines, with its once dominant workers' compensation line surpassed in 2002 by the growing personal automobile line. Liberty remains a predominant private-sector player in this market and continues to thrive on its name recognition, customer service, technological advantages, strategic alliances in managed care, and breadth of its products and value-added services. Insurance products and services are solicited primarily through more than 1,500 direct agency sales agents which affords Liberty a significant competitive expense advantage relative to its peers while also enhancing the group's overall franchise value. In addition to direct sales, Liberty also markets commercial products to national insurance brokers and through independent agents. In personal lines, Liberty ranks eighth among the ten largest insurance providers in the United States. Augmenting its vast network of captive agents, Liberty also utilizes an affinity marketing program, which currently offers insurance products to employees of more than 8,700 companies and associations.

Liberty's property/casualty operation is organized geographically into nine regions for the Personal Market, five regions for Agency Markets, and multiple U.S. divisions for the Commercial Markets. Business operations are managed on an Strategic Business Unit (SBU) basis and are comprised of the Personal Market, Commercial Markets, Agency Markets and Liberty International. The Personal Market SBU serves individual insurance needs including the sale of individual life products and structured settlements for Liberty Life Assurance Company.

The Commercial Markets SBU serves the commercial customer and is comprised of five distinct units: 1) the National Market SBU serves customers with national operations and typically more than 1000 employees. Its insurance products and risk services are distributed through direct sales and broker relationships under the Liberty Mutual brand; 2) the Business Market SBU sells a wide array of insurance products to middle market business under the Liberty Mutual brand through its direct sales agents. The Business Market serves middle market customers, typically with 200 to 1000 employees; 3) Wausau Commercial Insurance SBU markets workers' compensation, auto and liability insurance products to the middle market customers under the Wausau brand via broker and agency distribution channels; 4) Specialty Risks SBU, is responsible for all surety, property and special offerings, including Bermuda-based products and services. Through its direct sales force, independent agents and brokers it offers virtually all brands of the Liberty Mutual Group; 5) Group Market SBU markets non-occupational disability and group life products to companies with more than 1000 employees via direct sales agents and major benefits consulting firms.

Agency Markets (AM) writes small to medium sized commercial accounts and personal lines package policies. All business is produced by independent agents and brokers and is written using one of the nine regional operating entities that comprise AM. The AM business units utilize a matrix organization in which centralized planning, budgeting, and management services are maintained, while the delivery of products and services to insureds remains decentralized. This business strategy provides the group with a competitive advantage over small regional companies by allowing it to recognize operating efficiencies and increased buying power without sacrificing local expertise and market presence.

The International SBU, Liberty International, provides Liberty Mutual's international products and services in Bermuda, Canada, the United Kingdom, Venezuela, Argentina, Brazil, Colombia, Spain and other foreign locales. Liberty International focuses primarily on personal automobile insurance in its indigenous business (i.e. Latin American, Spain) and underwrites commercial risks in its borderless businesses.

Management's strategic objectives continue to be geared toward improving Liberty Mutual's financial performance, reducing earnings volatility through product, geographic and distribution channel diversification, and maintaining a sustainable competitive advantage in its core business operations. As part of this strategy, management has identified three key elements intended to satisfy their objectives: 1) reduce business risk, 2) diversify earnings and 3) improve operating leverage. In its Personal Market operation, the company has redirected its sales activities to produce a more geographically dispersed book of business. The Commercial Markets operation, where Liberty Mutual has historically been a large risk provider, offers unbundled loss services. Commercial Markets also has initiated and expanded managed-care operations, as well as restructured its claims operation away from a functional approach to a service team approach, to hold down loss costs. Additionally, Commercial Markets has reduced its exposure to large property risks in recent years and also closely manages geographic risk. The Regional Agency Markets SBU allows Liberty to further spread its exposure within the commercial markets and diversify earnings. Liberty has been successful in further diversifying its operations through the formation of new companies, establishing new business alliances as well as pursuing mergers and acquisitions, both domestic and international. In September 2001, the group announced the acquisition of OneBeacon Insurance Group's independent agency business outside of New York, New Jersey, and New England, which is designed to transfer OneBeacon's property and casualty business in 42 states and the District of Columbia - approximately $1.0 billion book of personal and commercial accounts - to Liberty Mutual. Product diversification has also been evidenced by Liberty's heightened emphasis in personal lines and continued diversification away from its dependence on workers' compensation. In furthering this strategy, in May 2003, Liberty announced the acquisition of Prudential Financial's U.S. property/casualty operations in 47 states, excluding New Jersey, specialty auto and affinity business, which gives the group access to a $1.1 billion book of personal auto and homeowners renewals. During 2004, Liberty sold its Canadian personal lines business consisting of private passenger automobile, homeowners and personal property insurance, to Meloche Monnex, Inc., a member of TD Bank Financial Group. The transaction included the transfer of approximately 350,000 automobile and homeowners insurance policies to Meloche Monnex.