# AFFIDAVIT OF SERVICE

| NEW YORK | UNITED STATES DISTRICT COURT | CASE #: | 07 CIV. 3352 |
|---|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK | | | 18000 |

LIBERTY MUTUAL FIRE INSURANCE COMPANY

                                                  Plaintiff(s)/Petitioner(s)

against

PB HEAT LLC DOING BUSINESS AS PEERLESS BOILERS, ET ANO.

                                                  Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Kerry Gunner being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 5/10/07 at 3:30 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

CIVIL COVER SHEET, SUMMONS IN A CIVIL CASE AND COMPLAINT WITH JURY TRIAL DEMANDED

upon: **BOTTINI FUEL OIL CORP. S/H/A BOTTINI FUEL OIL CORPORATION**

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, 41 State Street, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 5/10/2007

_____
Notary Public

                                                  _____
                                                Kerry Gunner

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | 91859 |
|---|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/09 | Commission expires 2/6/2013 | Commission Expires 5/30/10 | |