```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE COMPANY
as subrogee of Jeffrey Aveis
175 Berkeley Street
Boston, Massachusetts

                        Plaintiff,

     -against-                              RULE 7.1 STATEMENT

                                            07 Civ. 3352 (CLB)
PB HEAT LLC
doing business as PEERLESS BOILERS
9th & Rothermel Drive
P.O. Box 447
New Berlinville, PA  19545

        and

BOTTINI FUEL OIL CORPORATION
21 Alexander Blvd.
Poughkeepsie, New York  12603

                        Defendants.
-------------------------------------x
```

Pursuant to FRCP 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries or affiliates of PB HEAT LLC doing business as PEERLESS BOILERS which are publicly held:

**NONE**

Dated:      White Plains, New York
            May 31, 2007

                      LAW OFFICE OF THOMAS K. MOORE

                      By:     _____s/_____
                            BRIAN J. POWERS (BP-1992)
                      Attorneys for Defendant
                      PB HEAT LLC
                      doing business as PEERLESS BOILERS
                      Office & P.O. Address
                      701 Westchester Avenue - Suite 101W
                      White Plains, New York  10604
                      (914) 285-8500

TO:

COZEN O'CONNOR
Attorneys for Plaintiff
45 Broadway Atrium
New York, New York 10006
(212) 509-9400

BOTTINI FUEL OIL CORPORATION
21 Alexander Blvd.
Poughkeepsie, New York  12603