UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
                                        Index No. 07-CIV-3352

LIBERTY MUTUAL FIRE INSURANCE COMPANY AS SUBROEE OF JEFFREY AVEIS
                                                    , Plaintiff(s)
                        - against -

PN HEAT LLC D/B/A PEERLESS BOILERS AND BOTTINI OIL CORPORATION
                                                    , Defendant(s)

State of New York    )
                     )  SS.:
County of Dutchess   )

                        AFFIDAVIT OF SERVICE

Charles H. Howes, Jr. being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 05/18/2007 at 11:30 AM at:
        BOTTINI FUEL OIL CORPORATION
        157 WEST MAIN STREET
        WAPPINGERS FALLS NY 12590
Deponent served the:

SUMMONS IN A CIVIL CASE
CIVIL COVER SHEET
COMPLAINT WITH JURY TRIAL DEMANDED

on BOTTINI FUEL OIL CORPORATION

a domestic and/or foreign corporation
by delivering thereat true copies to Brandy Berg
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Managing Agent and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 30  HEIGHT: 5'4''   WEIGHT: 125   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

                                        Charles H. Howes, Jr.   License #.

SWORN TO BEFORE ME  5/31/07         OUR DOC# 17993
                                    Cozen O' Connor
                                    1900 Market Street
                                    Philadelphia PA 19103
                                    215-665-2000
                                    188228
        ELLEN EDWARDS
   NOTARY PUBLIC, STATE OF NEW YORK
      Qualified in Ulster County
    Commission Expires August 23, 2009