UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07-CIV-3352

---

LIBERTY MUTUAL FIRE INSURANCE COMPANY AS SUBROEE OF JEFFREY AVEIS
, Plaintiff(s)

– against –

PN HEAT LLC D/B/A PEERLESS BOILERS AND BOTTINI OIL CORPORATION
, Defendant(s)

---

State of Pennsylvania   )
                        ) SS.:
County of Dauphin       )

### AFFIDAVIT OF SERVICE

Chad Spotts being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Pennsylvania. That on 05/15/2007 at 1:52 PM at:
    PB HEAT LLC D/B/A PEERLESS BOILERS
    9TH & ROTHERMEL DRIVE
    NEW BARLINVILLE PA 19503
Deponent served the:

SUMMONS IN A CIVIL CASE
CIVIL COVER SHEET
COMPLAINT WITH JURY TRIAL DEMANDED

on PB HEAT LLC D/B/A PEERLESS BOILERS

a domestic and/or foreign corporation
by delivering thereat true copies to John Doe (refused name)
personally, deponent knew said corporation so served to be the corporation,
described in same as said recipient and knew said individual to be the
Manager and who stated that they were
authorized to accept service thereof.

Deponent describes the individual served as follows:
AGE: 42  HEIGHT: 6'3''  WEIGHT: 219  HAIR: BLACK  RACE: WHITE  SEX: MALE

_____
Chad Spotts          License #

SWORN TO BEFORE ME 05/30/2007

_____ Notary Public

OUR DOC# 17992
Cozen O'Connor
1900 Market Street
Philadelphia PA 19103
215-665-2000
188228

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Sept. 28, 2010

Member, Pennsylvania Association of Notaries