COZEN O'CONNOR
Douglas B. Fox, Esquire (DF 5799)
1900 Market Street
The Atrium – 3rd Floor
Philadelphia, PA 19103
(215) 665-2017
Attorney for the Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY as Subrogee of Jeffrey Aveis<br><br>Plaintiff,<br><br>v.<br><br>PB HEAT LLC<br>doing business as PEERLESS BOILERS<br>   and<br>BOTTINI FUEL OIL CORPORATION<br><br>Defendants. | INDEX NO.: 07 Civ. 3352 (CLB)<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE**<br>**ON WRITTEN MOTION** |

**THIS MATTER** comes before me upon motion of the Plaintiff, Liberty Mutual Fire Insurance Company to permit David W. Smith, Esquire, a member in good standing of the United States District Court for the Northern District of New York; United States District Court for the Eastern District of Pennsylvania; United States District Court for the District of New Jersey; Commonwealth of Pennsylvania and the State of New Jersey, to appear and conduct proceedings in the above-entitled case *Pro Hac Vice*. It appearing from the affidavits submitted in support of this motion that there is good cause for the relief sought, and further that the movant has certified that David W. Smith, Esquire is ready to proceed and that, therefore, the granting of this motion will not delay this action;



**IT IS**, ~~this ____ day of ____~~, 20__ ORDERED that David W. Smith, Esquire be admitted to appear *Pro Hac Vice* in connection with the above-entitled case.

DATED:  White Plains, ~~New York~~, New York
         June 18, 2007

                                        Charles Brieant
                                            USDJ                    , J.

2