IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY<br>as Subrogee of Jeffrey Aveis<br><br>Plaintiff,<br><br>v.<br><br>PB HEAT LLC<br>doing business as PEERLESS BOILERS<br>and<br>BOTTINI FUEL OIL CORPORATION<br><br>Defendants. | INDEX NO.: 07 Civ. 3352 (CLB)<br><br><br><br>STIPULATION - VOLUNTARY<br>DISMISSAL PURSUANT TO<br>F.R.C.P. 41(a)(1) |

It is hereby stipulated and agreed by and between the undersigned, the attorneys of record and all of the parties to the above captioned action, that whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed, the above-entitled action, including any cross-claims be, and the same is hereby discontinued with prejudice without cost to any party as against the other. This stipulation may be filed without further notice to the Clerk of the Court.

_____
David W. Smith, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Counsel for Plaintiff Liberty Mutual Insurance Company

_____
Brian J. Powers, Esquire    (BP- 1992)
Law Office of Thomas K. Moore
701 Westchester Avenue-Suite 101W
White Plains, New York 10604
Counsel for Defendant PB Heat LLC d/b/a Peerless Boilers

STEVEN
R.LAM
_____
~~Jeremy D. Platek,~~ Esquire
Jay S. Campbell, Esquire
O'Connor Redd, LLP
200 Mamaroneck Avenue
White Plains, NY 10601
Counsel for Bottini Oil Corporation, Morgan Fuel Corporation

So Ordered: Dec. 10, 2007

_____
Charles L. Brieant
USDJ

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE COMPANY
as Subrogee of Jeffrey Aveis
175 Berkeley Street
Boston, Massachusetts

**SETTLEMENT AGREEMENT**
07 CIV. 3352 (CLB)

                    Plaintiff,

    v.

PB HEAT LLC
doing business as PEERLESS BOILERS
9th & Rothermel Drive
P.O. Box 447
New Berlinville, PA 19545

    and

BOTTINI FUEL OIL CORPORATION
21 Alexander Blvd.
Poughkeepsie, New York 12603

                    Defendants.
----------------------------------------------------------X

    IT IS HEREBY AGREED, by and between the undersigned, the attorneys of record for all parties herein, that the settlement of the above-referenced action is in no way admission or concession by any of the parties herein of any liability or wrongdoing.

    IT IS FURTHER AGREED, that this agreement may be filed with the Clerk of the Court without further notice.

DATED:    White Plains, New York
                 November 14, 2007

1

COZEN O'CONNOR

_____

Attorneys for Plaintiff, Liberty Mutual
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

LAW OFFICE OF THOMAS K. MOORE

_____
By: BRIAN J. POWERS (BP-992)
Attorneys for Defendant, PB Heat LLC
701 Westchester Avenue, Suite 101W
White Plains, New York 10604
(914) 285-8500

O'CONNOR REDD LLP

_____

Attorneys for Defendant, Morgan Fuel
   & Heating Co. i/s/h/a Bottini
   Fuel Oil Corporation
200 Mamaroneck Avenue
White Plains, New York 10601
(914) 686-1700

2